**No. 57066.**—Charmeur Products, Inc., and Alltransport, Inc. *v.* United States, protest 193977–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of ichthyolsulfonate d'ammonium the same in all material respects as the commodity passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiffs was sustained.

**No. 57067.**—Magnus Mabee & Reynard, Inc. *v.* United States, protest 191343–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of chaulmoogra oil similar in all material respects to that the subject of *United States* v. *Magnus, Mabee & Reynard, Inc.* (39 C. C. P. A. 1, C. A. D. 455), the claim for free entry under paragraph 1669 was sustained.

**No. 57068.**—Peerless Roll Leaf Co., Inc. *v.* United States, protest 193596–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.

**No. 57069.**—New York Merchandise Co., Inc. *v.* United States, protest 183913–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché similar in all material respects to those the subject of *S. S. Kresge Co.* v. *United States* (25 Cust. Ct. 89, C. D. 1269), the claim of the plaintiff was sustained.